# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 30, 2015

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

150906(79)

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v                                                    SC:  150906
                                                     COA:  314337
MICHAEL ANDREW RADANDT,                               St. Joseph CC:  12-017690-FH
        Defendant-Appellant.
_____/

        On order of the Chief Justice, the motion of the Criminal Defense Attorneys of
Michigan and the American Civil Liberties Union of Michigan to file a late amicus curiae
brief is GRANTED.  The amicus brief submitted on December 28, 2015, is accepted for
filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the
foregoing is a true and complete copy of the order entered at the direction of the Court.

December 30, 2015
                                                Clerk